# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-751 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| PIERRE C. ALSTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 4/21/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on 5/5/2023. The hearing involved the following violations:

1. Unauthorized Use of Drugs;
2. Unauthorized Use of Drugs;
3. Unauthorized Use of Drugs;
4. Violation of Special Condition #3: Alcohol Restriction;
5. Violation of Special Condition #3: Alcohol Restriction; and
6. Violation of Special Condition #3: Alcohol Restriction.

The magistrate judge filed a report and recommendation on 5/5/2023, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, 5, and 6.

A final supervised release violation hearing was conducted on 5/18/2023. Present were the following: Assistant U.S. Attorney Robert Corts, representing the United States; Attorney Donald Hicks, representing the defendant; the Defendant Pierre C. Alston; and

United States Probation Officer Alfred Preston, Jr.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, 5, and 6.

IT IS ORDERED that the sentencing portion of this violation is held in abeyance to permit the defendant to demonstrate compliance over the next six months. The Court will hold a final supervised release revocation hearing on November 17, 2023, at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: May 18, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**